## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

MARGARET ANTHONY, SABRINA
WHITAKER, BARBARA PROSSER,
SYBIL WHITE AND NATACHA BATTLE,

        Petitioners

        v.

ST. JOSEPH'S HOSPITAL SCHOOL OF
NURSING, INC.,

        Respondent

: No. 333 EAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.